CITIES SERVICE OIL COMPANY, Appellant-Respondent, v. LeRoy I. SMITH, Respondent-Appellant.— HERLIHY, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.